THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANGELO TAMBARELLO, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued March 20, 1922; decided April 18, 1922.)

APPEAL from a judgment of the Supreme Court rendered May 25, 1921, at a Trial Term for the county of Kings, upon a verdict convicting the defendant of the crime of murder in the first degree.

*John Palmieri, Martin Wechsler* and *Samuel Wechsler* for appellant.

*John E. Ruston, District Attorney (Ralph E. Hemstreet* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.